[No. 52775-4-I. Division One. February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER NIEVES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-1-00228-1, Paula Casey, J., entered January 7, 2003. *Reversed* by unpublished per curiam opinion.

[No. 21275-1-III. Division Three. February 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. CLOUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 02-1-00006-1, Larry M. Kristianson, J., entered July 2, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21575-0-III. Division Three. February 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD ARTHUR JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01031-9, Ellen K. Clark, J., entered November 6, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 21664-1-III. Division Three. February 10, 2004.]

JEWELL A. SMITH, *as Personal Representative*, ET AL., *Appellants*, v. LIFE CARE CENTERS OF AMERICA, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-2-00085-1, Vic L. VanderSchoor, J., entered November 26, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Kurtz and Kato, JJ.